IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT BURSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-071 |
| | § | |
| NABORS INDUSTRIES, INC., | § | |
| NABORS DRILLING USA, LP, | § | |
| NABORS WELL SERVICES, LTD., and | § | |
| NABORS OFFSHORE CORPORATION, | § | |
| | § | |
| Defendants. | § | |

MEMORANDUM AND ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pending is Plaintiff's Motion to Remand Suit to State Court (Document No. 9). After further discovery, Defendant Nabors Offshore Corporation[1] now admits that the Outer Continental Shelf Lands Act (OCSLA), 43 U.S.C. § 1301 et seq. does not confer jurisdiction over this case. Further, there was no diversity of citizenship between the parties at the time of removal. See Texas Beef Group v. Winfrey, 201 F.3d 680, 686 (5th Cir. 2000). Defendant has suggested no other basis for removal jurisdiction. Accordingly, it is

---

[1] The parties agreed to substitute Nabors Offshore Corporation for original defendants Nabors Industries, Inc., Nabors Drilling USA, LP, and Nabors Well Services, Ltd., and the Court granted Plaintiff's Motion to Dismiss Without Prejudice (Document No. 21) at the Rule 16 Scheduling Conference held May 14, 2010, thereby dismissing the original defendants.

ORDERED that Plaintiff's Motion to Remand Suit to State Court (Document No. 9) is GRANTED, and this case is REMANDED to the 129th Judicial District Court of Harris County, Texas.

The Clerk will mail a certified copy of this Order to the Clerk of the 129th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 14TH day of May, 2010.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE